UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:  
KATHY LYNN ROES

Chapter 13

Case No. 09-12177

Debtor(s)

**NOTICE TO MORTGAGEE OF FINAL PAYMENT**

In accordance with the Debtor(s)' confirmed plan, all amounts due to be paid to the mortgage creditor listed below have been paid. Our last payment to the mortgage creditor was the month of 9/2014. This final payment may still be in transit. It will be the Debtor(s)' responsibility to resume direct payments to the mortgage creditor beginning with 10/2014. Therefore, the Trustee considers the Debtor(s)' mortgage current. Accordingly, the Trustee is preparing to close this case in order to issue the Chapter 13 Standing Trustee's Final Report and Account.

Within 21 days after service of this Notice, the mortgage creditor shall file and serve on the Debtor(s), Debtor(s)' counsel, and the Chapter 13 Standing Trustee a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim, and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11 U.S.C. §1322(b)(5).  This statement shall itemize the required cure or post-petition amounts, if any, that the mortgage creditor contends remains unpaid as of the date of the statement.  This statement shall be filed as a supplement to the mortgage creditor's proof of claim and is not subject to Rule 3001(f).

Mortgage Creditor / Court Claim No. 004:  
SPECIALIZED LOAN SERVICING  
Acct# - 9388

Property Address: 14201 Stormer RD

CERTIFICATE OF SERVICE

     The Chapter 13 Trustee hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid for the following on 9/23/2014:

KATHY LYNN ROES
14201 STORMER ROAD
SALE CREEK, TN 37373

KENNETH C RANNICK PC
4416 BRAINERD RD
CHATTANOOGA, TN 37411-

SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129-2386
Acct# - 9388

McCalla Raymer, LLC
Jeanne Morton
1544 Old Alabama RD
Roswell, GA 30076

          /s/ Tara Lee
          Chapter 13 Office Clerk
          C. Kenneth Still
          Chapter 13 Trustee
          P.O. Box 511
          Chattanooga, TN 37401
          (423) 265-2261